**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SK NEXILIS CO., LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> SOLUS ADVANCED MATERIALS CO., LTD., VOLTA ENERGY SOLUTIONS S.A.R.L., VOLTA ENERGY SOLUTIONS EUROPE KFT., VOLTA ENERGY SOLUTIONS HUNGARY KFT., AND VOLTA ENERGY SOLUTIONS CANADA INC., <br><br> *Defendants.* | Civil Action No. 2:23-cv-00539-JRG-RSP <br><br> **JURY DEMANDED** |

## ORDER GRANTING JOINT MOTION TO EXTEND INFRINGEMENT AND INVALIDITY CONTENTION DEADLINES

Plaintiff SK nexilis Co., Ltd. ("Plaintiff") and Defendants Solus Advanced Materials Co., Ltd, Volta Energy Solutions S.A.R.L., Volta Energy Solutions Europe KFT., Volta Energy Solutions Hungary KFT., and Volta Energy Solutions Canada Inc. (collectively "Defendants") moved this Court to extend the deadline for Plaintiff to comply with Local Patent Rules 3-1 and 3-2 (infringement contentions) by 14 days, and the deadline for Defendants to comply with Local Patent Rules 3-3 and 3-4 (invalidity contentions) by an additional 30 days. Having considered the motion, it is hereby GRANTED. Accordingly, Plaintiff's infringement-contention deadline is extended to May 29, 2024. Defendants' invalidity-contention deadline is extended to August 23, 2024.

1