# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SK NEXILIS CO., LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> SOLUS ADVANCED MATERIALS CO., LTD., VOLTA ENERGY SOLUTIONS S.A.R.L., VOLTA ENERGY SOLUTIONS EUROPE KFT., VOLTA ENERGY SOLUTIONS HUNGARY KFT., AND VOLTA ENERGY SOLUTIONS CANADA INC., <br><br> *Defendants.* | Civil Action No. 2:23-cv-00539-JRG-RSP |

## SKN's NOTICE OF COMPLIANCE WITH P.R. 3-1 AND 3.2

Pursuant to P.R. 3-1 and P.R. 3-2, Plaintiff SK nexilis Co., Ltd. ("Plaintiff") respectfully notifies the Court that Plaintiff served its' infringement contentions and accompanying document production on counsel for all Defendants *via* electronic mail on May 29, 2024.

Dated: June 21, 2024

Respectfully submitted,

*/s/ Harrison B. Rose*

Deron R. Dacus
Texas Bar No.  00790553
ddacus@dacusfirm.com
**THE DACUS LAW FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel.: (903) 705-1171
Fax: (903) 581-2543

D. James Pak
CA Bar No. 194331
djamespak@quinnemanuel.com
David M. Elihu
CA Bar No. 303043
davidelihu@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

David A. Nelson
IL Bar No. 6209623
davenelson@quinnemanuel.com
Brianne M. Straka
IL Bar No. 6300972
briannestraka@quinnemanuel.com
Harrison B. Rose
IL Bar No. 6327523
harrisonrose@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel: (312) 705-7400
Fax: (312) 705-7401

Sean Pak
CA Bar No. 219032
seanpak@quinnemanuel.com
Kevin (Gyushik) Jang
CA Bar No. 337747
kevinjang@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

*Counsel for Plaintiff SK nexilis Co., Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record are being served with a copy of this document in accordance with Local Rule CV-5(a)(3) *via* the Court's CM/ECF system on this 21st day of June 2024.

*/s/ Harrison B. Rose*
Harrison B. Rose