IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SK NEXILIS CO., LTD.,<br><br>  *Plaintiff*,<br><br>v.<br><br>SOLUS ADVANCED MATERIALS CO., LTD., VOLTA ENERGY SOLUTIONS S.A.R.L., VOLTA ENERGY SOLUTIONS EUROPE KFT., VOLTA ENERGY SOLUTIONS HUNGARY KFT., and VOLTA ENERGY SOLUTIONS CANADA INC.,<br><br>  *Defendants*. | § § § § § § § § § § § § § § § § §   CIVIL ACTION NO. 2:23-cv-00539-JRG-RSP |

## **ORDER**

Defendants Solus Advanced Materials Co., Ltd., Volta Energy Solutions S.A.R.L., Volta Energy Solutions Europe KFT, Volta Energy Solutions Hungary KFT, and Volta Energy Solutions Canada Inc.[1] (collectively, "Defendants") previously filed a Motion to Transfer Venue (Dkt. No. 33.) Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 101), denying Defendants' Motion to Transfer Venue. Defendants have now filed Objections. (Dkt. No. 109). In their objections Defendants admit that they raise new arguments and point to new evidence that were not before the Court in their Motion briefing. (*See, e.g.*, *id.* at 1 n.1). Despite complaining of the long pendency of their Motion, Defendants do not adequately explain why they failed to raise these issues with the Court prior to the resolution of their Motion. (*See* Dkt. No. 110.)[2]

---

[1] Volta Energy Solutions Canada joined the Motion after it was filed. (Dkt. No. 49.)

[2] Defendants also move to expedite briefing on their objections to the Order denying transfer. (Dkt. No. 110.) Because the Court overrules Defendants' objections, the Court **DENIES AS MOOT** the Motion to Expedite.

After reviewing the briefing on the Motion to Transfer, Judge Payne's Memorandum Order, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** Defendants' Objections (Dkt. No. 109) and **ADOPTS** Judge Payne's Memorandum Order (Dkt. No. 101).

**So ORDERED and SIGNED this 20th day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE