# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SK NEXILIS CO., LTD.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SOLUS ADVANCED MATERIALS CO., LTD., VOLTA ENERGY SOLUTIONS S.A.R.L., VOLTA ENERGY SOLUTIONS EUROPE KFT., VOLTA ENERGY SOLUTIONS HUNGARY KFT., AND VOLTA ENERGY SOLUTIONS CANADA INC.,**<br><br>*Defendants.* | Civil Action No. 2:23-cv-00539-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO RESCHEDULE HEARING AND EXTEND TIME TO SUBMIT BRIEFING FOR PLAINTIFF SKN'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND TO AMEND DOCKET CONTROL ORDER

Plaintiff SK nexilis Co., Ltd. ("Plaintiff"), and Defendants Solus Advanced Materials Co., Ltd, Volta Energy Solutions S.A.R.L., Volta Energy Solutions Europe KFT., Volta Energy Solutions Hungary KFT., and Volta Energy Solutions Canada Inc. (collectively "Defendants"), moved this Court to reschedule the hearing on Plaintiff SKn's Motion for Leave to File an Amended Complaint and to Amend the Docket Control Order from August 19, 2025 to August 21, 2025, and to extend the related briefing schedule. Having considered the motion, noting it is unopposed, and observing the parties have shown good cause, it is hereby GRANTED. Accordingly, the following hearing and deadlines are moved as follows: (1) the hearing on Plaintiff SKn's Motion for Leave to File an Amended Complaint and to Amend the Docket Control Order is rescheduled for August 21, 2025 at 9:00AM CT; (2) the deadline for Defendants to file an Opposition to SKn's Motion for Leave to File An Amend Complaint is extended from August 12,

2025 to August 14, 2025; (3) SKn's Reply to Defendants' Opposition shall be due on August 18, 2025; (4) Defendants' Sur-Reply to SKn's Reply shall be due on August 20, 2025.