# Exhibit 5

█████████████████████████





Article

# Measuring Procedures for Evaluating the Surface Roughness of Machined Parts

Katarína Palová, Tatiana Kelemenová and Michal Kelemen

Special Issue
Advanced Manufacturing Technologies: Development and Prospect
Edited by
Dr. Tibor Krenicky, Dr. Juraj Ruzbarsky and Prof. Dr. Maros Korenko

https://doi.org/10.3390/app13169385




VOLTA_00019807




Article

# Measuring Procedures for Evaluating the Surface Roughness of Machined Parts

Katarína Palová, Tatiana Kelemenová * and Michal Kelemen

Faculty of Mechanical Engineering, Technical University of Kosice, Letna 9, 04200 Kosice, Slovakia; katarina.palova@student.tuke.sk (K.P.); michal.kelemen@tuke.sk (M.K.)
* Correspondence: tatiana.kelemenova@tuke.sk; Tel.: +421-556022361

**Abstract:** This article deals with the problems that arise during the evaluation of the surface of the components, which can have a fundamental impact on the functionality and service life of the component as well as the entire product. A fast method for estimating the condition and maximum error of the surface tester used for assessing the surface roughness of components was proposed. Using the secondary surface roughness standard, a uniform distribution law of the measured data was experimentally identified as a suitable model, according to which it is then possible to determine the coverage factor for determining the measurement uncertainty. The design of surface roughness measurement methodology for Ra determination is critical when selecting optimal settings of conditions and measurement parameters for various types of component surface treatment technologies. This is mainly due to the effect of the selection of the evaluation standard, the effect of the measurement speed, and the effect of setting the cut-off filter for the evaluation of the quantity Ra. Etalon samples of surface roughness realized by different technologies were used for experimental verification of these phenomena. Large sets of measurements were carried out on selected samples from each technology, and, accordingly, a methodology was proposed for determining the optimal number of measurements for determining the surface roughness of the investigated component, which represents an important factor for achieving measurement results with minimal measurement uncertainties at low financial costs.

**Keywords:** surface roughness; measurement; uncertainty of measurement; stylus; technology



**Citation:** Palová, K.; Kelemenová, T.; Kelemen, M. Measuring Procedures for Evaluating the Surface Roughness of Machined Parts. *Appl. Sci.* **2023**, *13*, 9385. https://doi.org/10.3390/app13169385

Academic Editors: Tibor Krenicky, Maros Korenko and Juraj Ruzbarsky

Received: 31 July 2023
Revised: 12 August 2023
Accepted: 12 August 2023
Published: 18 August 2023



**Copyright:** © 2023 by the authors. Licensee MDPI, Basel, Switzerland. This article is an open access article distributed under the terms and conditions of the Creative Commons Attribution (CC BY) license (https://creativecommons.org/licenses/by/4.0/).

## 1. Introduction

Surface roughness is a key parameter in many industrial devices and significantly affects the quality and equipment composed of several machined components; therefore, reliable measurement of surface roughness plays a fundamental role in ensuring the functionality and reliability of the final product. However, the measurement of surface roughness is not without problems, especially when it comes to quantifying the uncertainty associated with these measurements. This estimate of uncertainty is necessary to evaluate the reliability and comparability of the surface roughness data and, to the same extent, the measurement surface roughness data obtained.

There are several measuring methods and devices for investigating surface roughness, and generally, we can categorize them into two main groups, contact and non-contact methods and devices.

There are a number of devices available for evaluating surface roughness, and they are probably best divided according to individual methods of measuring and evaluating surface roughness.

The device for contact stylus-based contact measurements is one of the most widely used methods for measuring surface roughness, where the contact stylus profilometer is probably the only representative. The disadvantages of the contact-based measurement include mainly the stylus tip wear caused due to the contact between the sharp tip of the

VOLTA_00019808

In Figure 24, cumulative standard deviations for periodic profiles are similarly evaluated. Additionally, in this case, with these technologies, 15 measurements are sufficient to obtain the value of the quantity *Ra*.



**Figure 24.** Cumulative standard deviations for the evaluation of the quantity *Ra* when measured at the same place on the surface of samples with a periodic surface profile.

## 4. Discussion

The roughness of the surface is defined by the micro-geometry of the surface of the components, and to define this micro-geometry, a range of quantities are used, which are determined in this contact type of measurement from the identified surface profile. Since these are micro-dimensions, high demands are placed on the resolution and precision of the stylus and evaluation unit of the surface roughness tester.

The surface roughness and its quantities are characterized by a high degree of variability, and this is also related to the fact that it is quite difficult to implement the individual surfaces of the components so that their surface roughness is the same in every place of this surface.

The variability of the measured and evaluated data in this type of measurement is also related to the fact that the measurements are carried out indirectly, i.e., the profile of the surface of the examined surface of the contact method is measured using a stylus, and a very small displacement is seen in the vertical and horizontal direction.

The preparation and setting of the measurement parameters require a lot of attention, and poor implementation will cause incorrect measurement and evaluation results to be obtained. This can introduce additional errors and uncertainties into the measurement process; therefore, it is necessary to solve this problem with research such as that in this article, which can provide guidance on how to correctly implement the measurement process and evaluation of the quantity *Ra*.

Before carrying out the measurement, it is necessary to check the surface tester using a reference specimen and, if necessary, to carry out the calibration of the meter, and we recommend carrying out this check continuously during a large number of measurements or at least at the end of a set of measurements in order to eliminate measurement errors related to the detuning of the surface tester. The internal structure of the stylus contains fine mechanics and sensor and actuator systems that are extremely sensitive to improper handling and unsuitable environmental conditions; therefore, measurements and calibrations must be approached very carefully and sensitively, as rough handling often results in damage to the surface tester or reference specimen.

Determining the uncertainty for the roughness surface tester is, in this case, a very difficult task that exceeds the scope of this work, but it is possible to make at least an estimate of the measurement uncertainty using the resolution values of the displacement measurement for both axes *X*, *Z*. Evaluation of the uncertainty *Ra* based on data on errors

VOLTA_00019831