**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

SK NEXILIS CO., LTD., §
§
*Plaintiff,* §
§
v. §
§
SOLUS ADVANCED MATERIALS CO., §
LTD., VOLTA ENERGY SOLUTIONS §
S.A.R.L., VOLTA ENERGY SOLUTIONS §   CASE NO. 2:23-CV-00539-JRG-RSP
EUROPE KFT., VOLTA ENERGY §
SOLUTIONS HUNGARY KFT., *and* §
VOLTA ENERGY SOLUTIONS §
CANADA INC., §
§
*Defendants.* §
§

**ORDER**

Plaintiff SK nexilis Co., Ltd. ("Plaintiff") previously filed a Motion for Further Claim Construction Under *O2 Micro*. (Dkt. No. 206.) After a hearing on October 3, 2025, and supplemental briefing on the raised claim construction issue, Magistrate Judge Payne entered a Supplemental Claim Construction Order (Dkt. No. 327), specifically finding that the "reference length" for the "peak density" and "peak count" terms in U.S. Patent Nos. 10,811,689, 11,346,014, and 11,591,706, is 1 cm, which the experts would be bound by without issuing a further formal construction to be provided to the jury. (*Id.* at 3.) Defendants Volta Energy Solutions Canada Inc., Volta Energy Solutions Europe KFT, Volta Energy Solutions Hungary KFT, and Volta Energy Solutions S.A.R.L. ("Volta") have now filed Objections (Dkt. No. 334), with Plaintiff filing a Response (Dkt. No. 341.)

After reviewing the briefing on Plaintiff's Motion, Judge Payne's Supplemental Claim Construction Order, and the briefing on Volta's Objections, the Court agrees with the reasoning

provided within the Supplemental Claim Construction Order and concludes that the Objections fail to show that the Order was clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** Volta's Objections (Dkt. No. 334) and **ADOPTS** Judge Payne's Supplemental Claim Construction Order (Dkt. No. 327).

## So Ordered this

**Apr 4, 2026**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE