**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SK NEXILIS CO., LTD., | § |
| *Plaintiff,* | § |
| | § |
| v. | § |
| | § |
| SOLUS ADVANCED MATERIALS CO., LTD., VOLTA ENERGY SOLUTIONS S.A.R.L., VOLTA ENERGY SOLUTIONS EUROPE KFT., VOLTA ENERGY SOLUTIONS HUNGARY KFT., *and* VOLTA ENERGY SOLUTIONS CANADA INC., | § § § § § § § CASE NO. 2:23-CV-00539-JRG-RSP § § |
| *Defendants.* | § § |

**ORDER**

Defendants Solus Advanced Materials Co., Volta Energy Solutions Canada Inc., Volta Energy Solutions Europe KFT, Volta Energy Solutions Hungary KFT, and Volta Energy Solutions S.A.R.L. ("Defendants") previously filed a Motion for Summary Judgment of Noninfringement of U.S. Patent No. 9,457,541 ("Original Motion") (Dkt. No. 141), and a Supplemental Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 9,457,541 ("Supplemental Motion") (Dkt. No. 269.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 336), recommending that both Motions be denied. Defendants have now filed Objections (Dkt. No. 343.)

After conducting a *de novo* review of the briefing on the Original and Supplemental Motions, the Report and Recommendation, and the briefing on Defendants' Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections and **ADOPTS** the Report and Recommendation

- 2 -

and orders that the Original Motion (Dkt. No. 141) and Supplemental Motion (Dkt. No. 269) are

**DENIED**.

## So Ordered this

**Apr 4, 2026**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE