IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SK NEXILIS CO., LTD., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| SOLUS ADVANCED MATERIALS CO., LTD., VOLTA ENERGY SOLUTIONS S.A.R.L., VOLTA ENERGY SOLUTIONS EUROPE KFT., VOLTA ENERGY SOLUTIONS HUNGARY KFT., *and* VOLTA ENERGY SOLUTIONS CANADA INC., | § | CASE NO. 2:23-CV-00539-JRG-RSP |
| *Defendants.* | § | |

## ORDER

Plaintiff SK nexilis Co., Ltd. ("Plaintiff") previously filed a Motion to Exclude the Opinions and Testimony of Dr. Craig Arnold ("Motion"). (Dkt. No. 147.) Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 362), denying Plaintiff's Motion. Plaintiff has now filed Objections. (Dkt. No. 371.)

After reviewing the briefing on the Motion, Judge Payne's Memorandum Order, and the briefing on Plaintiff's Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A). Consequently, the Court **OVERRULES** Plaintiff's Objections (Dkt. No. 371) and **ADOPTS** Judge Payne's Memorandum Order (Dkt. No. 362).

**So ORDERED and SIGNED this 24th day of April, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE