# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

SK NEXILIS CO., LTD.,

    *Plaintiff,*

v.

SOLUS ADVANCED MATERIALS CO.,
LTD., VOLTA ENERGY SOLUTIONS
S.A.R.L., VOLTA ENERGY SOLUTIONS
EUROPE KFT., VOLTA ENERGY
SOLUTIONS HUNGARY KFT., *and*
VOLTA ENERGY SOLUTIONS
CANADA INC.,

    *Defendants.*

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CASE NO. 2:23-CV-00539-JRG-RSP

## <u>ORDER</u>

Defendants Volta Energy Solutions, S.A.R.L., Volta Energy Solutions Europe KFT., Volta Energy Solutions Hungary KFT., and Volta Energy Solutions Canada Inc. ("Volta") previously filed a Motion to Strike Portions of the Expert Reports of Dr. Quinn Horn ("Horn Motion") (Dkt. No. 145), a Motion to Strike Portions of the Supplemental Expert Report of Dr. Quinn Horn ("Supplemental Horn Motion") (Dkt. No. 270) (collectively, "Horn Motions"), and a Motion to Exclude Under *Daubert* and Strike Certain Expert Testimony of Ms. Lauren R. Kindler ("Kindler Motion") (Dkt. No. 142) (collectively, "Motions"). Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 370), denying all three Motions. (*Id.* at 14.) Volta has now filed Objections to the Magistrate Judge's denial of the Horn Motions (Dkt. No. 378), as well as Objections to the Magistrate Judge's denial of the Kindler Motion (Dkt. No. 379) (collectively, "Objections").

After reviewing the briefing on the Motions, Judge Payne's Memorandum Order, and the briefing on Plaintiff's Objections, the Court agrees with the reasoning provided within the

- 2 -

Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A). Consequently, the Court **OVERRULES** Volta's Objections (Dkt. Nos. 378, 379) and **ADOPTS** Judge Payne's Memorandum Order (Dkt. No. 370).

**So ORDERED and SIGNED this 11th day of May, 2026.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE