**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SK NEXILIS CO., LTD., *Plaintiff,* v. SOLUS ADVANCED MATERIALS CO., LTD., VOLTA ENERGY SOLUTIONS S.A.R.L., VOLTA ENERGY SOLUTIONS EUROPE KFT., VOLTA ENERGY SOLUTIONS HUNGARY KFT., AND VOLTA ENERGY SOLUTIONS CANADA INC., *Defendants.* | § | CASE NO. 2:23-CV-00539-JRG-RSP |

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Court's Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**Plaintiff**" or "**SKn**" refers to Plaintiff SK Nexilis Co., Ltd.
- "**Defendants**" or "**Volta**" refers collectively to Defendants Solus Advanced Materials Co., Ltd., Volta Energy Solutions S.A.R.L., Volta Energy Solutions Europe KFT., Volta Energy Solutions Hungary KFT., and Volta Energy Solutions Canada Inc.
- The "**'541 Patent**" refers to U.S. Patent No. 9,457,541.
- The "**'090 Patent**" refers to U.S. Patent No. 10,480,090.
- The "**'689 Patent**" refers to U.S. Patent No. 10,811,689.
- The "**'014 Patent**" refers to U.S. Patent No. 11,346,014.
- The "**'706 Patent**" refers to U.S. Patent No. 11,591,706.
- The "**Asserted Claims**" refers collectively to Claim 1 of the '541 Patent, Claim 4 of the '090 Patent, Claims 2 and 3 of the '689 Patent, Claims 1 and 4 of the '014 Patent, and Claim 3 of the '706 Patent.

**<u>IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.</u>**

**<u>READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM.</u>**

**QUESTION NO. 1:**

Did SKn prove, by a preponderance of the evidence, that Volta has **infringed** any of the Asserted Claims of the following patents?

Answer "Yes" or "No" for each Asserted Claim listed below.

**’541 Patent**

Claim 1 Yes: ✓ No: ____

**’090 Patent**

Claim 4 Yes: ✓ No: ____

**’689 Patent**

Claim 2 Yes: ✓ No: ____

Claim 3 Yes: ✓ No: ____

**’014 Patent**

Claim 1 Yes: ✓ No: ____

Claim 4 Yes: ✓ No: ____

**’706 Patent**

Claim 3 Yes: ✓ No: ____

**IF YOU ANSWERED "NO" TO EACH PART OF QUESTION NO. 1 ON THE PRECEDING PAGE, THEN DO NOT ANSWER ANY OTHER QUESTION IN THIS VERDICT FORM AND PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

**IF YOU ANSWERED "YES" TO ANY PORTION OF QUESTION NO. 1 ON THE PRECEDING PAGE, THEN PROCEED TO ANSWER QUESTION NO. 2 ON THE NEXT PAGE. IN THAT CASE, ANSWER QUESTION NO. 2 ONLY AS TO THE CLAIM(S) FOR WHICH YOU ANSWERED "YES" IN QUESTION NO. 1 ON THE PRECEDING PAGE.**

**QUESTION NO. 2:**

Did Volta prove, by clear and convincing evidence, that any of the following Asserted Claims are **invalid**?

Answer "Yes" or "No" for each Asserted Claim you found to be infringed.

**'541 Patent**

| | | |
|---|---|---|
| Claim 1 | Yes: ________ | No: ✓ |

**'090 Patent**

| | | |
|---|---|---|
| Claim 4 | Yes: ________ | No: ✓ |

**'689 Patent**

| | | |
|---|---|---|
| Claim 2 | Yes: ________ | No: ✓ |
| Claim 3 | Yes: ________ | No: ✓ |

**'014 Patent**

| | | |
|---|---|---|
| Claim 1 | Yes: ________ | No: ✓ |
| Claim 4 | Yes: ________ | No: ✓ |

**'706 Patent**

| | | |
|---|---|---|
| Claim 3 | Yes: ________ | No: ✓ |

**PROCEED TO ANSWER QUESTION NOS. 3 AND 4 ONLY IF YOU ANSWERED "YES" TO QUESTION NO. 1 AND "NO" TO QUESTION NO. 2 AS TO AT LEAST ONE (AND THE SAME) OF THE ASSERTED CLAIMS.**

**OTHERWISE, DO NOT ANSWER QUESTION NOS. 3 OR 4, AND IN THAT CASE PROCEED DIRECTLY TO THE FINAL PAGE OF THE VERDICT FORM.**

**QUESTION NO. 3:**

Has SKn proven, by a preponderance of the evidence, that Volta's infringement as you have found was **willful**?

Yes: ✓ No: ________

**PROCEED TO QUESTION NO. 4.**

**QUESTION NO. 4:**

What sum of money, if paid now in cash, do you find that SKn has proven by a preponderance of the evidence that would fairly compensate SKn for Volta's infringement through December 31, 2025?

Answer in United States Dollars and Cents, if any:

$ 3,286,683

**PROCEED TO THE FINAL PAGE OF THE VERDICT FORM.**

**FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 22 day of May, 2026.

______________________________________

**Jury Foreperson**