**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SK NEXILIS CO., §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§ CASE NO. 2:23-CV-00539-JRG-RSP<br>§<br>SOLUS ADVANCED MATERIALS CO., §<br>LTD., VOLTA ENERGY SOLUTIONS §<br>S.A.R.L., VOLTA ENERGY SOLUTIONS §<br>EUROPE KFT., VOLTA ENERGY §<br>SOLUTIONS HUNGARY KFT., and §<br>VOLTA ENERGY SOLUTIONS CANADA §<br>INC., §<br>§<br>*Defendants*. § | |

**<u>ORDER</u>**

Before the Court are (1) the Unopposed Motion to Redaction Portions of Trial Transcript and Seal Certain Trial Exhibits filed by Plaintiff SK nexilis Co., Ltd. ("SKn") (the "SKn Motion," Dkt. No. 425); and (2) the Partially-Opposed Motion to Redact Portions of the Trial Transcripts and to Seal Certain Exhibits filed by Defendants Solus Advanced Materials Co., Ltd., Volta Energy Solutions S.A.R.L., Volta Energy Solutions Europe KFT., Volta Energy Solutions Hungary KFT., And Volta Energy Solutions Canada Inc ("Volta") (the "Volta Motion," Dkt. No. 424.)

The SKn Motion is unopposed. (Dkt. No. 425 at 6.) Having considered the SKn Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**.

The Volta Motion is unopposed as to everything but the trial transcript at 217:24-218:23. Having considered the Volta Motion and SKn's response, the Court finds that it too should be and hereby is **GRANTED**.

2

**So ORDERED and SIGNED this 29th day of June, 2026.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

2